In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00049-CR

                                                ______________________________

 

 

                                    SAMMUEL STAFFORD,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 188th
Judicial District Court

                                                             Gregg County, Texas

                                                          Trial Court
No. 38872-A

 

                                                        
                                          

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

Sammuel Stafford was indicted for, and
charged with, aggravated sexual assault.[1]  He reached a negotiated plea bargain
agreement with the State, and pled guilty to the lesser offense of indecency
with a child.  Pursuant to the negotiated
plea bargain agreement, the trial court deferred the adjudication and placed
Stafford on community supervision for ten years.  Six and a half years later, the State moved
to adjudicate guilt on the underlying charge of indecency with a child,
alleging that Stafford violated four conditions of his community supervision,
including failing to register as a sex offender.  The State also charged Stafford with the
separate offense of failing to register as a sex offender.[2]  Stafford pled “true” to the allegations of
the motion to adjudicate and entered an open plea of “guilty” to the new
charge.  The trial court accepted Stafford’s
pleas and sentenced him to five years’ imprisonment for the underlying charge
of indecency and five years for failing to register as a sex offender, with the
sentences to be served concurrently.  

On appeal, Stafford argues that:  (1) his plea of “true” was not knowingly and
voluntarily entered; (2) his plea of “guilty” for failure to register was not
knowingly and voluntarily entered; and (3) the trial court violated his right
to be free from double jeopardy by adjudicating him guilty for indecency with a
child and failing to register as a sex offender.

We addressed
these issues in detail in our opinion of this date on Stafford’s appeal in
cause number 06-10-00048-CR.  For the
reasons stated therein, we likewise conclude that error has not been shown in
this case.

We affirm the trial
court’s judgment. 

 

 

 

                                                                        Jack
Carter

                                                                                    Justice 

 

Date Submitted:          January
12, 2011

Date Decided:             January
27, 2011

 

Do Not Publish 

 











[1]Cause
number 29704-A.

 





[2]Cause
number 38872-A.